UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAUZAM SATAR and YASMEEN SATAR, Husband and Wife,<br><br>  Plaintiffs,<br>vs.<br><br>CHASE MANHATTEN MORTGAGE CORPORATION; FIRST AMERICAN TITLE; THE COOPER CASTLE LAW FIRM, LLP, A MULTIJURISDICTIONAL LAW FIRM; JESSICA CHESTER; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action.<br><br>  Defendants. | Case No.: 3:11-cv-00773-LRH-VPC |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between Plaintiffs MAUZAM SATAR and YASMEEN SATAR, by and through their counsel of record RICK LAWTON, Esq., and Defendants JP MORGAN CHASE BANK, N.A., as successor by merger with Chase Home Finance LLC, as successor by merger with Chase Manhattan Mortgage Corporation by and through its counsel of record, CHET A. GLOVER, Esq., and Defendant, THE COOPER

1

1 CASTLE LAW FIRM, LLP, A MULTIJURISDICTIONAL LAW FIRM., by and through its
2 counsel of record, AARON M. WAITE, Esq., that all of Plaintiffs' claims and causes of action
3 against all Defendants be dismissed with prejudice. That Plaintiffs voluntarily dismiss the
4 lawsuit with prejudice as against all other named Defendants pursuant to Fed.R.Civ.P. 41(a),
5 and the lawsuit shall be deemed closed.
6
7 IT IS HEREBY FURTHER STIPULATED AND AGREED that all Parties will each
8 bear their own attorneys' fees and costs.
9 ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

IT IS HEREBY FURTHER STIPULATED AND AGREED that the Notice of Lis Pendens recorded on September 8, 2011 as Document number 4038408 of the Official Records of Washoe County, Nevada is hereby expunged, and Plaintiffs shall record a copy of this signed Order with the Washoe County Recorder's Office, within thirty days of the Court's entry of this Order.

Dated: this __16__ day of February, 2012

**LAW OFFICE OF RICK LAWTON, P.C.**

__/S/ Rick Lawton, Esq.__
**RICK LAWTON**, Esq.
1460 Hwy 95A North, Suite One
Fernley, NV 89408
775 575 2208
Attorney for Plaintiffs

Dated: this __16__ day of February, 2012

**SMITH LARSEN & WIXOM**

__/S/ Chet A. Glover, Esq.__
**CHET A GLOVER**, Esq.
1935 Village Center Circle
Las Vegas, NV 89134
702-252-5002
Attorney for Defendants, JP Morgan Chase Bank, N.A., as successor by merger with Chase Home Finance LLC as successor by merger with Chase Manhattan Mortgage Corporation

Dated: this __16__ day of February, 2012

**THE COOPER CASTLE LAW FIRM, LLP**

__/S/ Michelle L. Valier, Esq.__
**MICHELLE L. VALIER**, Esq.
5275 South Durango Drive
Las Vegas, NV 89117
(702) 435-4175
Attorney for Defendant, The Cooper Castle Law Firm, LLP, a Multijurisdictional Law Firm.

**ORDER**

**IT IS SO ORDERED.**

DATED this 17th day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3